IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAL'S AUTO SERVICE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.<br><br>Defendants. | Case No: 3:08-cv-00351-MJR-CJP |

## CORPORATE DISCLOSURE STATEMENT

The nongovernmental corporate party, Cal's Auto Service, Inc., in the above captioned civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: May 14, 2008

Respectfully submitted,

CAREY & DANIS, LLC

James J. Rosemergy
Michael J. Flannery
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905

Roberta D. Liebenberg, Esquire  
Donald L. Perelman, Esquire  
Adam Pessin, Esquire  
**FINE, KAPLAN AND BLACK, R.P.C.**  
1835 Market Street, Suite 2800  
Philadelphia, PA 19103  
Tel.: (215) 567-6565  
Fax: (215) 568-5872  

Stewart L. Cohen, Esquire  
Shannon Lack, Esquire  
**COHEN, PLACITELLA & ROTH, P.C.**  
2001 Market Street, Suite 2900  
Philadelphia, PA 19103  
Tel.: (215) 567-3500  
Fax: (215) 567-6019  

Ruthanne Gordon, Esquire  
**BERGER & MONTAGUE, P.C.**  
1622 Locust Street  
Philadelphia, PA  19103  
Tel.: (215) 875-3072  
Fax: (215) 875-4604  

Tom Muzilla, Esquire  
**THE MUZILLA LAW FIRM, L.L.C.**  
Tower at Erieview, Suite 1100  
1301 East 9th Street  
Cleveland, OH  44114  

*Attorneys for Plaintiff, individually and on behalf of all others similarly situated.*