AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

    Southern    District of    Illinois

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

CHAMPION LABORATORIES, INC. ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

Champion Laboratories, Inc.
c/o CT Corporation
208 SW LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**
**Clerk of Court**

CLERK

*Deborah Heiss* (signature)

(By) DEPUTY CLERK

May 15, 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　Date　　　　　　　　　　　　　　　　Signature of Server

_____
Address of Server

AO 440 (Rev. ...)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

      Southern      District of      Illinois

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

CHAMPION LABORATORIES, INC. ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

Purolator Filters N.A. L.L.C.
2800 South 25th Ave.,
Broadview, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**
**Clerk of Court**

CLERK

*Deborah Heiss* (signature)

(By) DEPUTY CLERK

*May 15, 2008*

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　Date　　　　　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                     District of                     Illinois

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

**SUMMONS IN A CIVIL CASE**

CHAMPION LABORATORIES, INC. ET AL.

CASE NUMBER:   3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

Honeywell International, Inc.
101 Columbia Road,
Morristown, New Jersey 07962

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI
Clerk of Court

May 15, 2008

CLERK                                                          DATE

*Deborah Heuss* (signature)

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                        *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Illinois

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly

V.

CHAMPION LABORATORIES, INC. ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

WIX FILTRATION PRODUCTS
~~Wix Filtration Corp. LLC~~
1 Wix Way
Gastonia, North Carolina 28054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**
Clerk of Court

CLERK

*Deborah Heuss* (signature)
(By) DEPUTY CLERK

May 15, 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                            *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern       District of       Illinois

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

CHAMPION LABORATORIES, INC. ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

Cummins Filtration, Inc.,
2931 Elm Hill Pike,
Nashville, Tennessee 37214

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI
Clerk of Court
CLERK

*Deborah Struss* (signature)

(By) DEPUTY CLERK

May 15, 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

  Executed on _____    _____
              Date                        *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

　　　　　Southern　　　　　District of　　　　　Illinois

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

CHAMPION LABORATORIES, INC. ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:　3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

The Donaldson Company
c/o CT Corporation
401 Second Ave South, Suite 454
Minneapolis, MN 55401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within　20　days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**
**Clerk of Court**　　　　　　　　　　　　　　　May 15, 2008

CLERK　　　　　　　　　　　　　　　　　　　　DATE

_Deborah Heiss_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                       *Signature of Server*

_____
*Address of Server*

AO 440 (Rev. 8/01) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>    Southern    </u>    District of    <u>    Illinois    </u>

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

CHAMPION LABORATORIES, INC. ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

Baldwin Filters, Inc.
4400 E. Hwy. 30,
Kearney, Nebraska 68848.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within <u>  20  </u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI
Clerk of Court

May 15, 2008

CLERK

*Deborah Heiss*

(By) DEPUTY CLERK                                        DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

　　Executed on　_____　　_____
　　　　　　　　　　　　Date　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

%AO 440 (Rev. 8/01) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Illinois__

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

CHAMPION LABORATORIES, INC. ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

Bosch U.S.A.
2800 S. 25th Ave.,
Broadview, Illinois 60155.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**
**Clerk of Court**

CLERK

_Deborah Heiss_ (signature)
(By) DEPUTY CLERK

_May 15, 2008_
DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      *Date*                              *Signature of Server*

                              _____
                                           *Address of Server*

≈AO 440 (Rev. 8/01) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

※AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Illinois_____

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

**SUMMONS IN A CIVIL CASE**

CHAMPION LABORATORIES, INC. ET AL.

CASE NUMBER: 3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

Mann + Hummel U.S.A., Inc.
6400 S. Sprinkle Road,
Portage, Michigan 49002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**
**Clerk of Court**                                    May 15, 2008
CLERK                                                 DATE

_Deborah Heiss_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                Signature of Server

                                        _____
                                                    Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

    Southern    District of    Illinois

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

**SUMMONS IN A CIVIL CASE**

CHAMPION LABORATORIES, INC. ET AL.

CASE NUMBER:   3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

ArvinMeritor, Inc.
c/o CT Corporation
30600 Telegraph Road, Suite 2345
Bingham Farms, Michigan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**
**Clerk of Court**

May 15, 2008

CLERK                                                                                                DATE

_Deborah Heiss_ (signature)
(By) DEPUTY CLERK

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                  *Signature of Server*

                                         _____
                                                  *Address of Server*

&AO 440 (Rev. 8/01) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.