AO 440 (Rev. 8/0.) ... nmons in a Civil Action

# UNITED STATES DISTRICT COURT

      Southern       District of       Illinois

CAL'S AUTO SERVICE INC.,
on behalf of itself and all others similarly
V.

CHAMPION LABORATORIES, INC. ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:08-CV-00351-MJR-CJP

TO: (Name and address of Defendant)

The Donaldson Company
c/o CT Corporation
401 Second Ave South, Suite 454
Minneapolis, MN 55401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Carey & Danis
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI
Clerk of Court

May 15, 2008

CLERK

*Deborah Heuss* (signature)

(By) DEPUTY CLERK                                   DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-28-08 |
| NAME OF SERVER (PRINT) TINA OLSON | TITLE SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: CT CORP SYSTEMS 100 S. 5TH ST. MINNEAPOLIS, MN 55402

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL 20 | SERVICES CIVIL PROCESS | TOTAL —— |
|---|---|---|

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　5-28-08　　　　　Tina Olson
　　　　　　　　Date　　　　　　　Signature of Server

　　　　　　　　1816 1ST AVE S, MINNEAPOLIS, MN 55402
　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.