**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CAL'S AUTO SERVICE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>Defendants. | Case No. 08-cv-00351-MJR-CJP<br><br>Honorable Michael J. Reagan |

**CHAMPION LABORATORIES, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock. UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

Dated: June 12, 2008                    Respectfully submitted,

                                        By:    /s/ B. John Casey
                                               B. John Casey (Bar No. 6273464)
                                               LATHAM & WATKINS LLP
                                               233 South Wacker Drive
                                               Sears Tower, Suite 5800
                                               Chicago, Illinois 60606
                                               Telephone: (312) 876-7700
                                               Facsimile (312) 993-9767
                                               Email: john.casey@lw.com

Of Counsel:                                    Attorneys for Defendant
Margaret M. Zwisler                            Champion Laboratories, Inc.
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: margaret.zwisler@lw.com

CERTIFICATE OF SERVICE

I, B. John Casey, hereby certify that on June 12, 2008, I electronically filed the foregoing Champion Laboratories, Inc.'s Rule 7.1 Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached paper have also been sent by First Class United States Mail to:

James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105

Howard J. Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
501 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106

Roberta D. Liebenberg
Donald L. Perelman
Adam Pessin
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN MILLER & SHAH LLP
35 East State Street
Media, Pennsylvania 19063

Stewart L. Cohen
Shannon Lack
COHEN, PLACITELLA & ROTH, P.C.
2001 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103

/s/ B. John Casey
B. John Casey