IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAL'S AUTO SERVICE INC., on behalf of itself and all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CHAMPION LABORATORIES, INC., et al., )<br><br>Defendants. ) | No. 08-351-MJR-CJP |

**CORPORATE DISCLOSURE STATEMENT**

Defendant, DONALDSON COMPANY, INC., hereby discloses, pursuant to Federal Rule of Civil Procedure 7.1, that it has no parent company and that no publicly held corporation owns 10% or more of Donaldson Company, Inc.'s stock.


Dated: June 13, 2008            By:  /s/ Robert H. Shultz, Jr.
                                     HEYL, ROYSTER, VOELKER & ALLEN
                                     Robert H. Shultz, Jr. - #03122739
                                     105 West Vandalia Street, Suite 100
                                     Edwardsville, Illinois 62025
                                     Telephone: (618) 656-4646

**PROOF OF SERVICE**

The undersigned certifies that on **June 13, 2008**, a copy of the foregoing was electronically filed with the Clerk of the Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

**James J. Rosemergy** - jrosemergy@careydanis.com
**B. John Casey** - john.casey@lw.com

          /s/ Robert H. Shultz, Jr.
          HEYL, ROYSTER, VOELKER & ALLEN