IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAL'S AUTO SERVICE, INC.,            )
On Behalf of Itself and All Others   )
Similarly Situated,                  )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )    Civil No.  08-351-GPM/CJP
CHAMPION LABORATORIES, INC.,         )
et al.,                              )
                                     )
            Defendants.              )

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendants' Motions for Enlargement of

Time **(Docs. 10 & 12)** are **GRANTED**.

Defendants Champion Laboratories, Inc., and Donaldson Company, Inc., are granted

additional time, up to and including **July 18, 2008**, in which to respond to plaintiff's complaint.

   **IT IS SO ORDERED.**

   **DATE:  June 16, 2008.**


                                        **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **UNITED STATES MAGISTRATE JUDGE**