**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CAL'S AUTO SERVICE INC., on behalf of itself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-351-MJR-CJP |
| CHAMPION LABORATORIES, INC.; PURULATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY;  BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC., | ) ) ) ) ) ) ) ) ) ) | Judge Reagan  Magistrate Proud |
| Defendants. | ) ) ) | |

<u>**ENTRY OF APPEARANCE**</u>

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**MANN + HUMMEL U.S.A., INC.**

Dated: June 20, 2008                        By:___/s/ Kristin L. Lingren___

ARDC No. 6237562
MANDELL MENKES LLC
333 W. Wacker Drive, Suite 300
Chicago, Illinois 60606
Phone:  (312) 251-1000
Fax:    (312) 251-1010
klingren@mandellmenkes.com

*Of Counsel:*

Alan Kanzer
Alston & Bird LLP
90 Park Ave.
New York, New York  10016
Tel: (212) 210-9480

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have served a true and correct copy of the foregoing *Entry of Appearance* on:

James J. Rosemergy
Carey & Danis LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri  63105-3786
Attorney for Plaintiff
Via ECF

B. John Casey
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, Illinois  60606
Attorney for Defendant Champion
Laboratories, Inc.
Via ECF

Robert H. Shultz, Jr.
Heyl, Royster et al. - Edwardsville
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
Attorney for Defendant The Donaldson
Company
Via ECF

as set forth above this 20th day of June, 2008.


      /s/ Kristin L. Lingren