## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAL'S AUTO SERVICE INC., on behalf of itself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHAMPION LABORATORIES, INC.; )<br>PURULATOR FILTERS N.A. L.L.C.; )<br>HONEYWELL INTERNATIONAL, )<br>INC.; WIX FILTRATION PRODUCTS; )<br>CUMMINS FILTRATION, INC.; THE )<br>DONALDSON COMPANY;  BALDWIN )<br>FILTERS, INC.; BOSCH U.S.A.; )<br>MANN + HUMMEL U.S.A., INC. and )<br>ARVINMERITOR, INC., )<br>)<br>Defendants. )<br>) | Case No. 08-351-MJR-CJP<br><br>Judge Reagan<br><br>Magistrate Proud |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S**
**STATEMENT UNDER FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Mann + Hummel U.S.A., Inc. hereby states that it is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation.  No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel U.S.A., Inc.

| | |
|---|---|
| Dated:  June 20, 2008 | Respectfully Submitted,<br><br>MANN + HUMMEL U.S.A., INC.<br><br>By:      /s/ Kristin L. Lingren |
| Kristin L. Lingren (No. 6237562)<br>Mandell Menkes LLC<br>333 West Wacker Drive, Suite 300<br>Chicago, Illinois 60606<br>(312) 251-1000 | Alan Kanzer<br>Alston & Bird LLP<br>90 Park Ave.<br>New York, New York  10016<br>(212) 210-9480 |

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a true and correct copy of the foregoing *Defendant Mann + Hummel U.S.A., Inc.'s Statement Under Fed. R. Civ. P. 7.1* on:

| | |
|---|---|
| James J. Rosemergy<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, Missouri 63105-3786<br>Attorney for Plaintiff<br>Via ECF | B. John Casey<br>Latham & Watkins LLP<br>233 South Wacker Drive<br>5800 Sears Tower<br>Chicago, Illinois 60606<br>Attorney for Defendant Champion Laboratories, Inc.<br>Via ECF |

Robert H. Shultz, Jr.
Heyl, Royster et al. - Edwardsville
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
Attorney for Defendant The Donaldson Company
Via ECF

as set forth above this 20th day of June, 2008.

       /s/ Kristin L. Lingren