**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CAL'S AUTO SERVICE INC., on behalf of itself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CHAMPION LABORATORIES, INC.;  )<br>PURULATOR FILTERS N.A. L.L.C.;  )<br>HONEYWELL INTERNATIONAL,  )<br>INC.; WIX FILTRATION PRODUCTS;  )<br>CUMMINS FILTRATION, INC.; THE  )<br>DONALDSON COMPANY;  BALDWIN  )<br>FILTERS, INC.; BOSCH U.S.A.;  )<br>MANN + HUMMEL U.S.A., INC. and  )<br>ARVINMERITOR, INC.,  )<br>)<br>Defendants.  )<br>) | Case No. 08-351-MJR-CJP<br><br>Judge Reagan<br><br>Magistrate Proud |

**NOTICE OF EXTENSION**
**OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Mann + Hummel U.S.A., Inc. respectfully advises the Court that it has requested and obtained a 30-day extension of time, to and including July 23, 2008, within which to file its responsive pleading in the above-styled case.  Counsel for plaintiff, Cal's Auto Service, Inc., has consented to said extension.  Mann + Hummel U.S.A., Inc. has not filed any other motions for extension of time in which to file a responsive pleading in this proceeding.

Dated: June 20, 2008                                         Respectfully Submitted,

                                                             MANN + HUMMEL U.S.A., INC.


                                                             By:     /s/ Kristin L. Lingren

| | |
|---|---|
| Kristin L. Lingren (No. 6237562) | Alan Kanzer |
| Mandell Menkes LLC | Alston & Bird LLP |
| 333 West Wacker Drive, Suite 300 | 90 Park Ave. |
| Chicago, Illinois 60606 | New York, New York  10016 |
| (312) 251-1000 | (212) 210-9480 |

## CERTIFICATE OF SERVICE

      This is to certify that I have served a true and correct copy of the foregoing Defendant Mann + Hummel U.S.A., Inc.'s *Notice of Extension of Time to Answer or Otherwise Plead* on:

| | |
|---|---|
| James J. Rosemergy<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, Missouri  63105-3786<br>Attorney for Plaintiff<br>Via ECF | B. John Casey<br>Latham & Watkins LLP<br>233 South Wacker Drive<br>5800 Sears Tower<br>Chicago, Illinois  60606<br>Attorney for Defendant Champion Laboratories, Inc.<br>Via ECF |

Robert H. Shultz, Jr.
Heyl, Royster et al. - Edwardsville
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
Attorney for Defendant The Donaldson Company
Via ECF

as set forth above this 20th day of June, 2008.

                                                         /s/ Kristin L. Lingren

#170422