**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CAL'S AUTO SERVICE, INC., on behalf of its members and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Champion Laboratories, Inc., *et. al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Case No. 3:08-cv-00351-MJR-CJP ) ) ) ) ) ) |

**CONSENT MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant ArvinMeritor, Inc. respectfully advises the Court that it has requested and obtained a thirty (30) day extension of time, to and including July 30, 2008, within which to file its Answer in the above-captioned case. Counsel for Plaintiff Cal's Auto Service, Inc., has consented to this requested extension. Defendant has not filed any other motions for extension of time in which to file its Answer in this proceeding.

2

Dated: June 26, 2008                                             Respectfully submitted,


         /s/ Russell K. Scott

         Russell K. Scott
         Illinois Bar No. 02533642
         GREENSFELDER, HEMKER & GALE, P.C.
         12 Wolf Creek Drive, Suite 100
         Belleville, Illinois 62226
         Telephone: (618) 257-7308
         Facsimile: (618) 257-7308
         rks@greensfelder.com

         Of counsel:

         Peter J. Kadzik
         Dickstein Shapiro LLP
         1825 Eye Street NW
         Washington, DC 20006-5403
         Telephone: (202) 420-2200
         Facsimile: (202) 420-2201
         kadzikp@dicksteinshapiro.com

         Counsel for Defendant
         ArvinMeritor, Inc.

DSMDB-2456704

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I caused the foregoing to be filed with the Clerk using the Electronic Court Filing system, which will send notification of such filings to the following:

- **B. John Casey**
  john.casey@lw.com,chefiling@lw.com,jennifer.giordano@lw.com
- **Kristin L. Lingren**
  klingren@mandellmenkes.com
- **James J. Rosemergy**
  jrosemergy@careydanis.com
- **Robert H. Shultz , Jr**
  rshultz@hrva.com,edwecf@hrva.com

/s/ Russell K. Scott
Russell K. Scott