IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAL'S AUTO SERVICE, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>　　　　　Defendants. | Case No.  08-cv-00351-MJR-CJP<br><br>Honorable Michael J. Reagan<br>Magistrate Judge Clifford J. Proud |

**PLAINTIFF'S AND DEFENDANTS' JOINT MOTION TO
POSTPONE SCHEDULING AND DISCOVERY CONFERENCE**

The parties hereby respectfully and jointly move the Court for an order postponing the July 17, 2008 scheduling and discovery conference in this matter until after the Judicial Panel on Multidistrict Litigation rules on the pending motions to transfer this case and coordinate it with at least thirty-eight other similar cases.  The parties agree to the following facts in support of this motion:

Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion

Laboratories, Inc., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Wix Filtration Corp LLC, and Donaldson Company, Inc. (the "Defendants");[1]

At least thirty-nine complaints have been filed to date in federal district courts in seven different jurisdictions throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings in a single district pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

The Panel will hear argument on the MDL Motion on July 31, 2008;

Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after the Panel issues an order on the MDL Motion and the Filters Cases are assigned to a transferee court, and further anticipates that discovery in the transferred cases will be coordinated;

The Court has scheduled an initial pretrial scheduling and discovery conference in this matter for July 17, 2008, and has ordered the parties to submit a Joint Report and Proposed Scheduling and Discovery Order seven days prior to the conference.

In light of the large number of complaints on file, the pending MDL Motion, and the fact that the Panel will hear argument on July 31, 2008, Plaintiff and Defendants agree that waiting until after a ruling by the Panel to submit a Joint Report and Proposed Scheduling and Discovery Order and hold an initial pretrial scheduling and discovery conference would be more efficient for the Parties and for the Court.

---

[1] Plaintiff also named Purolator Filters N.A. L.L.C., Bosch U.S.A., Cummins Filtration Inc., Honeywell International Inc., and Baldwin Filters, Inc. as defendants in this case; however, Plaintiff has not yet served these defendants with the Summons and Complaint.

WHEREFORE, the Plaintiff and Defendants jointly move this Court to grant this motion to postpone the July 17, 2008 scheduling and discovery conference until after the Panel rules on the pending MDL motions.

Dated: June 27, 2008 Respectfully submitted,

/s/ B. John Casey
B. John Casey (Bar No. 6273464)
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile (312) 993-9767
Email: john.casey@lw.com

*Counsel for Defendant Champion Laboratories, Inc.*

/s/ Stephen D. Libowsky (with consent)
Stephen D. Libowsky (Bar No. 6187081)
HOWREY LLP
321 North Clark St., Suite 3400
Chicago, IL 60610
Telephone: 312-595-2252
Fax: 312-595-2250
Email: LibowskyS@howrey.com

*Counsel for Wix Filtration Corp LLC*

/s/ Robert H. Shultz, Jr. (with consent)
Robert H. Shultz, Jr. (Bar No. 03122739)
HEYL, ROYSTER, VOELKER & ALLEN
105 West Vandalia Street, Suite 100
Edwardsville, Illinois 62025
Telephone: 618-656-4646
Email: rshultz@hrva.com

*Counsel for Donaldson Company, Inc.*

/s/ James J. Rosemergy (with consent)
James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Fax: 314-721-0905

Howard J. Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Fax: (215) 592-4663

Donald L. Perelman
Roberta D. Liebenberg
Adam Pessin
FINE KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Fax: (215) 568-5872

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN MILLER & SHAH LLP
35 East State St.
Media, PA 19063
Telephone: (610) 891-9880
Fax: (610) 891-9883

3

/s/ Kristin L. Lingren (with consent)
Kristin L. Lingren (Bar No. 6237562)
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Fax:  (312) 251-1010
Email: klingren@mandellmenkes.com

*Counsel for Mann + Hummel U.S.A., Inc.*

/s/ Russell K. Scott (with consent)
Russell K. Scott (Bar No. 02533642)
GREENSFELDER, HEMKER & GALE, P.C.
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: 618-257-7308
Email: rks@greensfelder.com

*Counsel for ArvinMeritor Inc.*

Stewart L. Cohen
Shannon Lack
COHEN, PLACITELLA & ROTH, P.C.
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 567-3500
Fax: (215) 567-6019

*Counsel for Plaintiff*

4

CERTIFICATE OF SERVICE

      I, B. John Casey, hereby certify that on June 27, 2008, I electronically filed the foregoing Plaintiff's and Defendants' Joint Motion to Postpone Scheduling and Discovery Conference with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt.  Copies of the attached paper have also been sent by First Class United States Mail to:

      James J. Rosemergy
      Michael J. Flannery
      CAREY & DANIS, LLC
      8235 Forsyth, Suite 1100
      St. Louis, Missouri 63105

      Howard J. Sedran
      LEVIN, FISHBEIN, SEDRAN & BERMAN
      501 Walnut Street, Suite 500
      Philadelphia, Pennsylvania 19106

      Roberta D. Liebenberg
      Donald L. Perelman
      Adam Pessin
      FINE, KAPLAN AND BLACK, R.P.C.
      1835 Market Street, Suite 2800
      Philadelphia, Pennsylvania 19103

      Natalie Finkelman Bennett
      SHEPHERD, FINKELMAN MILLER & SHAH LLP
      35 East State Street
      Media, Pennsylvania 19063

      Stewart L. Cohen
      Shannon Lack
      COHEN, PLACITELLA & ROTH, P.C.
      2001 Market Street, Suite 2900
      Philadelphia, Pennsylvania 19103

                                         /s/ B. John Casey
                                     B. John Casey