IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAL'S AUTO SERVICE, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS INC.; BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC. and<br>ARVINMERITOR, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 08-cv-351-MJR-CJP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Defendant Honeywell International Inc.

Dated: July 1, 2008

Respectfully submitted,

/s/ Patrick M. Collins
Patrick M. Collins
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
pcollins@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

49208-0069/LEGAL14436442.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filing to all Filing Users.

      /s/ Patrick M. Collins
      Patrick M. Collins
      PERKINS COIE LLP
      131 S. Dearborn Street, Suite 1700
      Chicago, IL  60603
      (312) 324-8400
      pcollins@perkinscoie.com

      *Counsel for Defendant Honeywell International Inc.*