IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAL'S AUTO SERVICE, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS INC.; BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC. and<br>ARVINMERITOR, INC.,<br><br>Defendants. | Case No. 08-cv-351-MJR-CJP |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc. ("Honeywell") hereby certifies that (1) Honeywell has no parent corporation and is a publicly traded corporation; (2) State Street Bank & Trust owns more than 10% of the outstanding stock of Honeywell; and (3) State Street Bank & Trust is a wholly-owned and principal subsidiary of State Street Corporation, which is a publicly traded company.

Dated: July 1, 2008

Respectfully submitted,

/s/ Patrick M. Collins
Patrick M. Collins
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
pcollins@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2008, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk using the CM/ECF system which will send notification of such filing to all Filing Users.

/s/ Patrick M. Collins
Patrick M. Collins
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
pcollins@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*