IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAL'S AUTO SERVICE, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>        Defendants. | Case No. 08-cv-00351-MJR-CJP<br><br>Honorable Michael J. Reagan<br>Magistrate Judge Clifford J. Proud |

**JOINT MOTION FOR ENTRY OF STIPULATION
AND PROPOSED CONSENT ORDER FOR EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO COMPLAINT**

All parties hereby respectfully and jointly move this Court for entry of the attached Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint. The parties agree to the following facts in support of this motion:

Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp LLC, and Donaldson Company, Inc. (the "Defendants");

At least thirty-nine complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court; and

Plaintiff and Defendants have agreed that an orderly schedule for any response to the complaint in this action would be more efficient for the Parties and for the Court.

WHEREFORE, the parties to this action jointly move this Court to grant this Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint.

Dated: July 2, 2008

Respectfully submitted,

/s/ B. John Casey
B. John Casey (Bar No. 6273464)
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile (312) 993-9767
Email: john.casey@lw.com

*Counsel for Defendant Champion Laboratories, Inc.*

/s/ Patrick M. Collins (with consent)
Patrick M. Collins (Bar No. 6206686)
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: 312-324-8558
Fax: 312-324-9558
Email: pcollins@perkinscoie.com

*Counsel for Honeywell International Inc.*

/s/ Stephen D. Libowsky (with consent)
Stephen D. Libowsky (Bar No. 6187081)
HOWREY LLP
321 North Clark St., Suite 3400
Chicago, IL 60610
Telephone: 312-595-2252
Fax: 312-595-2250
Email: LibowskyS@howrey.com

*Counsel for Wix Filtration Corp LLC*

/s/ Robert H. Shultz, Jr. (with consent)
Robert H. Shultz, Jr. (Bar No. 03122739)
HEYL, ROYSTER, VOELKER & ALLEN
105 West Vandalia Street, Suite 100
Edwardsville, Illinois 62025
Telephone: 618-656-4646
Email: rshultz@hrva.com

*Counsel for Donaldson Company, Inc.*

/s/ James J. Rosemergy (with consent)
James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Fax: 314-721-0905

Howard J. Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Fax: (215) 592-4663

Donald L. Perelman
Roberta D. Liebenberg
Adam Pessin
FINE KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Fax: (215) 568-5872

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN MILLER & SHAH LLP
35 East State St.
Media, PA 19063
Telephone: (610) 891-9880
Fax: (610) 891-9883

Stewart L. Cohen
Shannon Lack
COHEN, PLACITELLA & ROTH, P.C.
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 567-3500
Fax: (215) 567-6019

*Counsel for Plaintiff*

3

/s/ Kristin L. Lingren (with consent)
Kristin L. Lingren (Bar No. 6237562)
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Fax:  (312) 251-1010
Email: klingren@mandellmenkes.com

*Counsel for Mann + Hummel U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I, B. John Casey, hereby certify that on July 2, 2008, I electronically filed the foregoing Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached motion have also been sent by Federal Express, overnight delivery to:

> Howard J. Sedran
> LEVIN, FISHBEIN, SEDRAN & BERMAN
> 510 Walnut Street, Suite 500
> Philadelphia, PA 19106-3697
> Telephone: (215) 592-1500
> Fax: (215) 592-4663
>
> Donald L. Perelman
> Roberta D. Liebenberg
> Adam Pessin
> FINE KAPLAN AND BLACK, R.P.C.
> 1835 Market Street, 28th Floor
> Philadelphia, PA 19103
> Telephone: (215) 567-6565
> Fax: (215) 568-5872
>
> Natalie Finkelman Bennett
> SHEPHERD, FINKELMAN MILLER & SHAH LLP
> 35 East State St.
> Media, PA 19063
> Telephone: (610) 891-9880
> Fax: (610) 891-9883
>
> Stewart L. Cohen
> Shannon Lack
> COHEN, PLACITELLA & ROTH, P.C.
> 2001 Market Street, Suite 2900
> Philadelphia, PA 19103
> Telephone: (215) 567-3500
> Fax: (215) 567-6019

/s/ B. John Casey
B. John Casey