**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CAL'S AUTO SERVICE INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC.<br><br><br>      Defendants. | Case No.  08-cv-00351-MJR-CJP<br><br>Honorable Michael J. Reagan<br>Magistrate Judge Clifford J. Proud |

**PUROLATOR FILTERS N.A. L.L.C.'S AND**
**ROBERT BOSCH LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Purolator Filters

N.A. L.L.C. and Robert Bosch LLC[1] certify the following information about their corporate

parent companies:

Purolator Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and

Mann + Hummel Inc.  Each parent owns 50% of the stock of Purolator Filters N.A. L.L.C.

---

[1]    Plaintiff named "Bosch U.S.A." as a defendant in this action.  Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

Robert Bosch LLC has two "members," or parents: Robert Bosch North America Corporation and Robert Bosch Zweite VermoegensverwaltungsgesellschaftmbH.

Dated: July 18, 2008                    Respectfully submitted,

                                        /s/ Todd J. Cochran
                                        Todd J. Cochran (Bar No. 6276435)
                                        Daniel Sasse
                                        Jerome A. Murphy
                                        John L. Cuddihy
                                        CROWELL & MORING LLP
                                        1001 Pennsylvania Avenue, NW
                                        Washington, D.C. 20004
                                        Tel:    (202) 624-2500
                                        Fax:    (202) 628-5116

                                        *Attorneys for Purolator Filters N.A. L.L.C.
                                        & Robert Bosch LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2008, a true and correct copy of the foregoing "Purolator Filters N.A. L.L.C.'s and Robert Bosch LLC's Corporate Disclosure Statement" was filed electronically.  Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

<u>/s/ Todd J. Cochran</u>
Todd J. Cochran