IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAL'S AUTO SERVICE, INC., on behalf of itself and all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC. and ARVINMERITOR, INC., </br></br> Defendants. | Case No. 08-cv-351-MJR-CJP |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Defendant Honeywell International Inc.

Dated:  July 24, 2008

Respectfully submitted,

/s/ Todd M. Church
Todd M. Church
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
tchurch@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filing to all Filing Users.

/s/ Todd M. Church
Todd M. Church
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
tchurch@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*