IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CAL'S AUTO SERVICE, INC.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **08-351-MJR** |
| | ) | |
| **CHAMPION LABORATORIES, INC.**, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**PROUD, Magistrate Judge:**

This matter comes before the Court upon Plaintiff's and Defendants' Joint Motion for Extension of Time for Defendants to Respond to Complaint. **(Doc. 38).** Upon consideration of the joint motion and good cause having been shown, the motion is hereby **GRANTED**. Defendants shall answer, move or otherwise respond to the complaint in this matter by **September 30, 2008**.  NO further extensions will be granted.  Having granted said motion, the Clerk fo Court shall note that Docs. 34 and 37, similarly seeking an extensions of time, are rendered **MOOT**.

IT IS SO ORDERED.

DATED:  August 11, 2008

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**