# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:08–cv–00351–MJR–CJP

| | |
|---|---|
| Cal's Auto Service Inc. v. Champion Laboratories Inc et al | Date Filed: 05/14/2008 |
| Assigned to: Judge Michael J. Reagan | Date Terminated: 08/25/2008 |
| Referred to: Magistrate Judge Clifford J. Proud | Jury Demand: Plaintiff |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti–Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Cal's Auto Service Inc.**
*on behalf of itself and all others similarly situated*

represented by **James J. Rosemergy**
Carey &Danis LLC
Generally Admitted
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105–3786
314–725–7700
Fax: 314–721–0905
Email: jrosemergy@careydanis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Champion Laboratories Inc**

represented by **B. John Casey**
Latham &Watkins – Chicago
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
312–876–7700
Fax: 312–993–9767
Email: john.casey@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purolator Filters N.A. L.L.C.**

represented by **Todd J. Cochran**
Crowell &Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20005
202–624–2916
Email: tcochran@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International, Inc.**

represented by **Patrick Collins**

Perkins Coie – Chicago
131 South Dearborn Street
Suite 1700
Chicago, IL 60603–5559
312–324–8558
Fax: 312–324–9558
Email: pcollins@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd M. Church**
Perkins Coie – Chicago
131 South Dearborn Street
Suite 1700
Chicago, IL 60603–5559
312–324–8635
Fax: 312–324–9635
Email: tchurch@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wix Filtration Products**

**Defendant**

**Cummins Filtration Inc.**

**Defendant**

**The Donaldson Company**  represented by  **Robert H. Shultz, Jr.**
Heyl, Royster et al. – Edwardsville
Generally Admitted
105 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618–656–4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baldwin Filters Inc.**

**Defendant**

**Bosch U.S.A**  represented by  **Todd J. Cochran**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Mann + Hummel U.S.A., Inc.**  represented by  **Kristin L. Lingren**
Mandell, Menkes et al.
333 West Wacker Drive
Suite 300

Chicago, IL 60606
312–251–1000
Fax: 312–251–1010
Email: klingren@mandellmenkes.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arvinmeritor Inc**     represented by     **Russell K. Scott**
Greensfelder, Hemker et al. – Swansea
Generally Admitted
12 Wolf Creek Drive
Suite 100
Swansea, IL 62226
618–257–7308
Email: rks@greensfelder.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura C. Hayden**
Greensfelder, Hemker et al. – Swansea
12 Wolf Creek Drive
Suite 100
Swansea, IL 62226
618–239–3604
Fax: 618–257–7353
Email: lch@greensfelder.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2008 | Ï 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 34625005902. Documents may now be electronically filed. Case number 08–351–MJR must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice of consent)(dkd ) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 2 | COMPLAINT against all defendants (Filing fee $ 350.), filed by Cal's Auto Service Inc.. (Attachments: # 1 Civil Cover Sheet)(Rosemergy, James) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 3 | Corporate Disclosure Statement by Cal's Auto Service Inc.. (Rosemergy, James) (Entered: 05/14/2008) |
| 05/15/2008 | Ï 4 | Summons Issued as to Bosch U.S.A, Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company, Baldwin Filters Inc. (dmw) (Entered: 05/15/2008) |
| 06/02/2008 | Ï 5 | SUMMONS Returned Executed by Cal's Auto Service Inc.. Champion Laboratories Inc served on 5/29/2008, answer due 6/18/2008. (Rosemergy, James) (Entered: 06/02/2008) |
| 06/02/2008 | Ï 6 | SUMMONS Returned Executed by Cal's Auto Service Inc.. The Donaldson Company served on 5/28/2008, answer due 6/17/2008. (Rosemergy, James) (Entered: 06/02/2008) |

| | | |
|---|---|---|
| 06/09/2008 | Ï 7 | SUMMONS Returned Executed by Cal's Auto Service Inc.. Arvinmeritor Inc served on 6/6/2008, answer due 6/26/2008. (Rosemergy, James) (Entered: 06/09/2008) |
| 06/12/2008 | Ï 8 | NOTICE of Appearance by B. John Casey on behalf of Champion Laboratories Inc (Casey, B.) (Entered: 06/12/2008) |
| 06/12/2008 | Ï 9 | Corporate Disclosure Statement by Champion Laboratories Inc. (Casey, B.) (Entered: 06/12/2008) |
| 06/12/2008 | Ï 10 | MOTION for Extension of Time to File Answer re 2 Complaint – *Agreed Motion for Extension of Time to Respond to the Complaint* by Champion Laboratories Inc. (Casey, B.) (Entered: 06/12/2008) |
| 06/13/2008 | Ï 11 | NOTICE of Appearance by Robert H. Shultz, Jr on behalf of The Donaldson Company (Shultz, Robert) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 12 | MOTION for Extension of Time to File Answer by The Donaldson Company. (Shultz, Robert) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 13 | Corporate Disclosure Statement by The Donaldson Company. (Shultz, Robert) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 14 | CJRA TRACK D assigned: Final Pretrial Conference set for 1/8/2010, 10:00 AM in East St. Louis Court House before Judge Michael J. Reagan. Jury Trial set for 1/25/2010, 09:00 AM in East St. Louis Court House before Judge Michael J. Reagan. Assigned by Judge Michael J. Reagan on 6/13/08. (acm) (Entered: 06/13/2008) |
| 06/16/2008 | Ï 15 | ORDER granting 10 Motion for Extension of Time to Answer ; granting 12 Motion for Extension of Time to Answer. Answers due 7/18/08. Signed by Magistrate Judge Clifford J. Proud on 6/16/08. (amv) (Entered: 06/16/2008) |
| 06/20/2008 | Ï 16 | NOTICE of Appearance by Kristin L. Lingren on behalf of Mann + Hummel U.S.A., Inc. (Lingren, Kristin) (Entered: 06/20/2008) |
| 06/20/2008 | Ï 17 | Corporate Disclosure Statement by Mann + Hummel U.S.A., Inc.. (Lingren, Kristin) (Entered: 06/20/2008) |
| 06/20/2008 | Ï 18 | NOTICE by Mann + Hummel U.S.A., Inc. *of Extension of Time to Answer or Otherwise Plead* (Lingren, Kristin) (Entered: 06/20/2008) |
| 06/24/2008 | Ï 19 | NOTICE of Scheduling and Discovery Conference: Telephone Scheduling/Discovery Conference set for 7/17/2008 09:30 AM in East St. Louis Court House before Magistrate Judge Clifford J. Proud. (amv) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 20 | SUMMONS Returned Executed by Cal's Auto Service Inc.. Wix Filtration Products served on 6/9/2008, answer due 6/30/2008. (Rosemergy, James) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 21 | SUMMONS Returned Executed by Cal's Auto Service Inc.. Mann + Hummel U.S.A., Inc. served on 6/2/2008, answer due 6/23/2008. (Rosemergy, James) (Entered: 06/24/2008) |
| 06/26/2008 | Ï 22 | Consent MOTION for Extension of Time to File Answer re 2 Complaint by Arvinmeritor Inc. (Scott, Russell) (Entered: 06/26/2008) |

| | | |
|---|---|---|
| 06/27/2008 | Ï 23 | Joint MOTION Plaintiff's and Defendants' Joint Motion to Postpone Scheduling and Discovery Conference by Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Cal's Auto Service Inc., Champion Laboratories Inc, Wix Filtration Products, The Donaldson Company. (Casey, B.) (Entered: 06/27/2008) |
| 07/01/2008 | Ï 24 | NOTICE of Appearance by Patrick Collins on behalf of Honeywell International, Inc. (Collins, Patrick) (Entered: 07/01/2008) |
| 07/01/2008 | Ï 25 | Corporate Disclosure Statement by Honeywell International, Inc.. (Collins, Patrick) (Entered: 07/01/2008) |
| 07/01/2008 | Ï 26 | ORDER granting 22 Motion for Extension of Time to Answer. Defendant Arvinmeritor, Inc., shall file its responsive pleading by 8/15/08. Signed by Magistrate Judge Clifford J. Proud on 7/1/08. (amv) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/01/2008) |
| 07/01/2008 | Ï 27 | ORDER granting 23 Motion to Postpone Scheduling and Discovery Conference. Signed by Magistrate Judge Clifford J. Proud on 7/1/08. (amv) (Entered: 07/01/2008) |
| 07/01/2008 | Ï 28 | NOTICE of Scheduling and Discovery Conference: Telephone Scheduling/Discovery Conference reset for 8/20/2008 at 9:00 AM in East St. Louis Court House before Magistrate Judge Clifford J. Proud. (amv) (Entered: 07/01/2008) |
| 07/02/2008 | Ï 29 | Joint MOTION for Extension of Time to File Answer re 2 Complaint – *Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint* by Mann + Hummel U.S.A., Inc., Cal's Auto Service Inc., Champion Laboratories Inc, Honeywell International, Inc., Wix Filtration Products, The Donaldson Company. (Casey, B.) (Entered: 07/02/2008) |
| 07/15/2008 | Ï 30 | SUMMONS Returned Executed by Cal's Auto Service Inc.. Purolator Filters N.A. L.L.C. served on 6/30/2008, answer due 7/21/2008. (Rosemergy, James) (Entered: 07/15/2008) |
| 07/16/2008 | Ï 31 | ORDER granting 29 Motion for Extension of Time to Answer. Defendants Mann + Hummel U.S.A., Inc., Champion Laboratories Inc, Honeywell International, Inc., Wix Filtration Products, and The Donaldson Company shall file their answer by 8/16/08. Signed by Magistrate Judge Clifford J. Proud on 7/16/08.(amv) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/16/2008) |
| 07/18/2008 | Ï 32 | NOTICE of Appearance by Todd J. Cochran on behalf of Bosch U.S.A, Purolator Filters N.A. L.L.C. (Cochran, Todd) (Entered: 07/18/2008) |
| 07/18/2008 | Ï 33 | Corporate Disclosure Statement by Bosch U.S.A, Purolator Filters N.A. L.L.C.. (Cochran, Todd) (Entered: 07/18/2008) |
| 07/18/2008 | Ï 34 | First MOTION for Extension of Time to File Answer re 2 Complaint by Bosch U.S.A, Purolator Filters N.A. L.L.C.. (Cochran, Todd) (Entered: 07/18/2008) |
| 07/24/2008 | Ï 35 | NOTICE of Appearance by Todd M. Church on behalf of Honeywell International, Inc. (Church, Todd) (Entered: 07/24/2008) |
| 07/28/2008 | Ï 36 | NOTICE of Appearance by Laura C. Hayden on behalf of Arvinmeritor Inc (Hayden, Laura) (Entered: 07/28/2008) |

| | | |
|---|---|---|
| 08/08/2008 | Ï 37 | Joint MOTION – *Plaintiff's and Defendants' Joint Motion to Postpone Scheduling and Discovery Conference* by Bosch U.S.A, Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Cal's Auto Service Inc., Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, The Donaldson Company. (Casey, B.) (Entered: 08/08/2008) |
| 08/08/2008 | Ï 38 | Joint MOTION for Extension of Time to File Answer re 2 Complaint – *Joint Motion for Extension of Time for Defendants to Respond to Complaint* by Bosch U.S.A, Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Cal's Auto Service Inc., Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, The Donaldson Company. (Casey, B.) (Entered: 08/08/2008) |
| 08/12/2008 | Ï 39 | ORDER granting 38 Motion for Extension of Time to Answer; finding as moot 34 Motion for Extension of Time to Answer and finding as moot 37 Motion. Signed by Magistrate Judge Clifford J. Proud on 8/11/08. (myz) (Entered: 08/12/2008) |
| 08/13/2008 | Ï | Set/Reset Hearings: Telephone Scheduling Conference is reset for 10/15/2008 09:00 AM in East St. Louis Court House before Magistrate Judge Clifford J. Proud. The previous date of 8/20/08 is cancelled. (amv) (Entered: 08/13/2008) |
| 08/25/2008 | Ï 40 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of IL, MDL 1957, in re Aftermarket Filters Antitrust Litigation. (Attachments: # 1 Letter from NDIL)(myz ) (Entered: 08/25/2008) |
| 08/25/2008 | Ï 41 | Case electronically transferred to the Northern District of IL. (myz) (Entered: 08/25/2008) |